IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:20-CR-00288-01 |
| v. | (Chief Judge Brann) |
| KEVIN MILTON, | |
| Defendant. | |

## ORDER

AUGUST 31, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Milton's motion to suppress evidence (Doc. 36) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge