# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:20-CR-00288-01 |
| v. | (Chief Judge Brann) |
| KEVIN MILTON, | |
| Defendant. | |

## ORDER

**MARCH 21, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Milton's 28 U.S.C. § 2255 motion (Doc. 138) is **DENIED**;

2. Milton's request for an evidentiary hearing is **DENIED**; and

3. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge